No. 72–151. HENDERSON, WARDEN v. FAVRE. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. MR. JUSTICE BLACKMUN would grant certiorari.

No. 72–204. SOLOMON v. SEABOARD COAST LINE RAILROAD CO. Sup. Ct. Va. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 72–207. COLE ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

OCTOBER 20, 1972

No. A–406. SCOTT v. NEW JERSEY. Sup. Ct. N. J. Application for stay of execution and enforcement of judgment of conviction presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied.

OCTOBER 24, 1972

No. 70–15. SWEETENHAM ET AL. v. GILLIGAN, GOVERNOR OF OHIO, ET AL. Affirmed on appeal from D. C. S. D. Ohio. MR. JUSTICE DOUGLAS, MR. JUSTICE BRENNAN, and MR. JUSTICE MARSHALL would note probable jurisdiction and set case for oral argument.

No. 72–12. AMOS, SECRETARY OF STATE OF ALABAMA, ET AL. v. SIMS ET AL. Affirmed on appeal from D. C. M. D. Ala.